UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                            :
LESLEY MENDOZA,                                             :
                                      Plaintiff,            :
                                                            :         20 Civ. 8080 (LGS)
                    -against-                               :
                                                            :              ORDER
DANIEL OLEAR,                                               :
                                                            :
                                      Defendant.   :
-------------------------------------------------------------:
                                                            X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, the Case Management Plan, dated November 23, 2020 (Dkt. No. 12),

directed the parties to submit a joint status letter per Individual Rule IV.A.2 by December 31,

2020.

        WHEREAS, the parties have not filed a joint status letter.  It is hereby

        **ORDERED** that by **January 6, 2021**, the parties shall submit a joint status letter as

outlined in Individual Rule IV.A.2.

Dated: January 4, 2021
        New York, New York

                                        LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE