UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
LESLIE MENDOZA,                                              :
                       Plaintiff,         :
:     20 Civ. 8080 (LGS)
        -against-                                 :
:     ORDER
DANIEL OLEAR,                                                :
:
                      Defendant.          :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Case Management Plan and Scheduling Order, dated November 23, 2020 (Dkt. No. 12), directed the parties to file a joint status letter by April 14, 2021.

WHEREAS, the parties have not filed such letter. It is hereby

**ORDERED** that by **April 19, 2021**, the parties shall file a joint status letter as outlined in Individual Rule IV.A.2 and, in the event that they have not already been referred for settlement discussions, shall also advise the Court whether they request a referral for settlement discussions.

Dated: April 15, 2021
       New York, New York

                                                                LORNA G. SCHOFIELD
                                                              UNITED STATES DISTRICT JUDGE